PEARL LANGFIELD, a Widow, *Appellant,* v. SAMUEL E. CO-ZINE, SR., *Appellee.*

En Banc.

Decision filed October 3, 1929.

*Selden, Hodgden & Couchman,* for Appellants;

*Horn & Ossinsky, for* Appellee.

PER CURIAM.—The motion to quash the appeal herein is granted on the authority of Randall v. Twitchell and Langfield, et al., v. Cozine, decided at this term.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.